UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br>         -against-<br><br>CM BUCKS LANDING 120, LLC.<br>             Defendant. | Case No. 2:22-cv-00109<br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
         June 29, 2022

                                                Respectfully submitted,

                                                /s/ David S. Glanzberg
                                                Glanzberg Tobia Law, P.C.
                                                *Attorneys for Plaintiff*